UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KRISTI M. PREIMESBERGER, *et al.*,<br><br>　　　　　　Defendant. | 2:11-cv-152-GMN-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on January 5, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __8th__ day of December, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge