UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Lincoln National Life Insurance Company, )
)
                Plaintiff, )    Case No.: 2:11-cv-00152-GMN-RJJ
  vs. )
)     **ORDER**
Kristi M. Preimesberger, *et al.* )
)
               Defendants. )
)

      MINUTE ORDER IN CHAMBERS of the Honorable Judge Gloria M. Navarro, on 10/5/2012.  The Court approves the Settlement Agreement and the Court shall release to Kristi Preimesberger the sum of $200,000, in partial settlement of her claim to the death benefit. Upon satisfactory proof of an appropriate interest bearing trust having been opened on behalf of Ivy Preimesberger which specifically provides that any funds therein cannot be accessed until Ivy Preimesberger turns 18 years of age or by order of the court, the court shall release the sum of $250,000 to be deposited directly into the trust account, as full and final settlement of Ivy Preimesberger's claim to the death benefit.  The remaining sum of $50,000, along with any accrued interest, will be held by the court until a final agreement has been reached as to the payment of attorneys' fees and litigation costs.  Any remaining sum after the payment of attorneys' fees and litigation costs shall then be released to Kristi Preimesberger as full and final settlement of her claim to the death benefit.

**DATED** this 5th day of October, 2012.

_____
Gloria M. Navarro
United States District Judge

Page 1 of 1