UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>KRISTI M. PREIMESBERGER; IVY RAYNE PREIMESBERGER,<br><br>             Defendants. | Case No. 2:11-CV-00152-GMN-NJK<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to the Settlement Agreement entered into on October 4, 2012, and Fed. R. Civ. P. 41(a)(1)(A)(ii), the remaining parties to this Interpleader action, Kristi M. Preimesberger and Ivy Rayne Preimesberger, stipulate and agree to dismiss this action with prejudice. This Interpleader action was originally filed by The Lincoln National Life Insurance Company ("**Lincoln National**"); however, Lincoln National was dismissed from this Interpleader action on June 1, 2011.

///

///

1

The attorneys' fees and litigation costs incurred by the respective parties will be resolved pursuant to a STIPULATION AND ORDER RE: PAYMENT OF ATTORNEYS' FEES AND COSTS filed concurrently with this Stipulation.

RESPECTFULLY SUBMITTED this 28th day of January, 2013.

_____
COTTER C. CONWAY, ESQ.
Attorney for Kristi M. Preimesberger


Karen A. Connolly
_____
KAREN A. CONNOLLY, ESQ.
Attorney and Guardian Ad Litem for
Ivy Rayne Preimesberger


**IT IS SO ORDERED** this 30th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge

2