UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | Case No. 2:11-CV-00152-GMN-NJK |
| Plaintiff, | ) ) ) | JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |
| vs. | ) ) | |
| KRISTI M. PREIMESBERGER; IVY RAYNE PREIMESBERGER, | ) ) ) | |
| Defendants. | ) | |

Pursuant to the Settlement Agreement entered into on October 4, 2012, and Fed. R. Civ. P. 41(a)(1)(A)(ii), the remaining parties to this Interpleader action, Kristi M. Preimesberger and Ivy Rayne Preimesberger, stipulate and agree to dismiss this action with prejudice. This Interpleader action was originally filed by The Lincoln National Life Insurance Company ("**Lincoln National**"); however, Lincoln National was dismissed from this Interpleader action on June 1, 2011.

///

///

1

The attorneys' fees and litigation costs incurred by the respective parties will be resolved pursuant to a STIPULATION AND ORDER RE: PAYMENT OF ATTORNEYS' FEES AND COSTS filed concurrently with this Stipulation.

RESPECTFULLY SUBMITTED this **28th** day of January, 2013.

_____
COTTER C. CONWAY, ESQ
Attorney for Kristi M. Preimesberger

Karen A. Connolly
_____
Digitally signed by Karen A. Connolly
DN: cn=Karen A. Connolly, o=KAREN A. CONNOLLY, LTD., ou, email=advocate@kconnollylawyers.com, c=US
Date: 2013.01.28 11:45:33 -08'00'

KAREN A. CONNOLLY, ESQ.
Attorney and Guardian Ad Litem for
Ivy Rayne Preimesberger

**IT IS SO ORDERED** this 30th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge

2