# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, <br><br>             Plaintiff, <br><br>     vs. <br><br> KRISTI M. PREIMESBERGER, *et al.*, <br><br>             Defendants. | Case No.: 2:11-cv-00152-GMN-NJK <br><br> **ORDER** |

Before the Court is a letter [ECF No. 60] dated February 15, 2013, from Laura A. Deeter, Esq. of the law firm of Kunin & Carman requesting that this Court release the sum of $250,000 payable to "the Guardianship Estate of Ivy Rayne Preimesberger, Jared Shafer, Guardian." The law firm of Kunin & Carman represents Jared E. Shafer, in his capacity as Guardian of the Estate of Ivy Rayne Preimesberger, a minor.

On October 4, 2012, the Court approved the Settlement Agreement [ECF No. 47] between the parties, which included, in part, that "Upon satisfactory proof of a blocked trust account having been opened on behalf of Ivy which specifically provides that any funds therein cannot be accessed until Ivy turns 18 years of age or by order of the Court, the Court shall release the sum of $250,000 to be deposited directly into the blocked trust account, as full and final settlement of Ivy's claim to the death benefit."

On November 28, 2012, Karen A. Connolly, Esq., counsel for the minor child, Ivy Preimesberger, filed with this Court, an *Ex Parte* Request [ECF No. 49] for Appointment of Financial Guardian and Order, authorizing and approving of the appointment of Jared E. Shafer of Professional Fiduciary Services of Nevada, Inc., to serve as Ivy Rayne Preimesberger's financial guardian until she turns eighteen (18) years of age, to manager her funds, rather than

for the funds to sit in a blocked account until the minor reaches the age of majority. Professional Fiduciary Services of Nevada, Inc. is a private professional fiduciary and certified guardian under NRS 159.0595 and 159.059, and does not charge for services.

On November 28, 2012, the Court granted [ECF No. 50] *Ex Parte* Request [ECF No. 49] for Appointment of Financial Guardian.

On January 9, 2013, an Order was entered in the Eighth Judicial District Court, Clark County, Nevada, appointing Jared E. Shafer as General Guardian of the Estate of Ivy Rayne Preimesberger, and on January 10, 2013, Letters of Guardianship were issued as to Jared E. Shafer as General Guardian for Ivy Rayne Preimesberger, a minor.

Accordingly, with good cause appearing therefore,

**IT IS HEREBY ORDERED** that Jared E. Shafer of Professional Fiduciary Services of Nevada, Inc., is hereby appointed to serve as financial guardian to Ivy Rayne Preimesberger, a minor, to manager her funds until she turns eighteen (18) years of age.

**IT IS FURTHER ORDERED** that in accordance with NRS 159.176 et seq., the Guardian shall make annual accountings and file the same with this court.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall direct the issuance of a check in the amount of **TWO HUNDRED FIFTY THOUSAND ($250,000.00) DOLLARS payable to "the Guardianship Estate of Ivy Rayne Preimesberger, Jared Shafer, Guardian",** and mail the same to Kunin & Carman, 3551 E. Bonanza Road, Suite 110, Las Vegas, Nevada 89110.

**DATED** this 16th day of May, 2013.

_____
Gloria M. Navarro
United States District Judge